UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALFRED CLAY LUDLUM III, )<br>PRINTZ CAPITAL MANAGEMENT, LLC, )<br>PRINTZ FINANCIAL GROUP, INC., and )<br>PCM GLOBAL HOLDINGS, LLC )<br>)<br>Defendants )<br>) | Civil Action No: 10-cv-07379-MSG |

**DECLARATION OF DEVON LEPPINK STAREN IN SUPPORT OF
PLAINTIFF'S MOTION AND INCORPORATED MEMORANDUM OF LAW IN
SUPPORT OF ITS MOTION FOR FINAL JUDGMENT BY DEFAULT
AS TO PERMANENT INJUNCTIVE RELIEF AND REMEDIES AGAINST
DEFENDANTS PRINTZ CAPITAL MANAGEMENT, LLC, PRINTZ
FINANCIAL GROUP, INC., AND PCM GLOBAL HOLDINGS, LLC**

DEVON LEPPINK STAREN, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I make this declaration in support of the Commission's Motion and Incorporated Memorandum of Law in Support of its Motion for Final Judgment by Default as to Permanent Injunctive Relief and Remedies Against Defendants Printz Capital Management, LLC ("Printz Capital"), Printz Financial Group, Inc. ("Printz Financial"), and PCM Global Holdings, LLC ("PCM Global") (collectively, the "Printz Entities").

2. I have personal and first hand knowledge of the facts set forth in this Declaration and, if called and sworn as a witness, could and would competently testify thereto.

3. I am a Senior Counsel in the Division of Enforcement of the United States Securities and Exchange Commission ("Commission") in Washington, D.C. As part of my daily activities I investigate possible securities law violations. I am a member in good standing of the

bar of the District of Columbia. The facts set forth herein are based upon my personal knowledge or upon information contained in the files of the Commission.

4. During the Commission's investigation in this matter, I reviewed account statements, checks, and other documents concerning accounts held by the Printz Entities and certain of their affiliates at Pershing Advisor Solutions LLC ("Pershing"), Wachovia Bank of Delaware, NA ("Wachovia"), Merrill Lynch, Pierce, Fenner & Smith, Inc. ("Merrill"), and Citibank NA ("Citibank"), among others that were produced to the Commission staff. I also reviewed account statements and other documents concerning the accounts held at Pershing by Printz Capital advisory clients that were produced to the Commission staff.

5. I also reviewed investment management agreements and other documents produced by Pershing and Alfred Clay Ludlum, III ("Ludlum") relating to the advisory fees paid to Printz Capital by its clients.

6. In addition, the Commission staff took sworn testimony and conducted voluntary interviews with Ludlum, investors in the Printz Entities, Printz Capital clients, and other witnesses concerning the management fees, investments, loans, and other payments made to the Printz Entities, as well as other subjects.

7. Based on my review of information from these sources, as well as other information gathered during the course of the investigation, I created a chart of payments representing the investments in, and loans to, the Printz Entities, as well as the funds misappropriated from certain of Printz Capital's clients' accounts. This chart is attached as **Exhibit A**.

8. As reflected in Exhibit A, I calculated that the Printz Entities raised $850,031 from investors through management fees deducted from Printz Capital clients' accounts, checks,

and wire transfers, as well as loans from a Printz Capital advisory client and funds that were misappropriated from Printz Capital advisory clients' accounts without their authorization. I also calculated that the Printz Entities returned $114,414 to investors in interest and principal repayments. Consequently, a reasonable approximation of the Printz Entities' total illicit gains is $735,617.

9. In accordance with the Commission's customary practice, I have computed prejudgment interest according to the rates used by the Internal Revenue Service pursuant to 26 U.S.C. § 6621(a)(2) to prevent taxpayers who have underpaid their taxes from being unjustly enriched. 26 C.F.R. § 301.6621. Using a Commission computer program that, I am informed and believe, was designed for the purpose of computing prejudgment interest, I computed interest on the principal amount of $735,617 from May 26, 2009 (the date on which the Printz Entities collected their last investment) through February 14, 2011. The amount of interest thus computed is $49,817. A printout of the computation is attached as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2011.

/s/ Devon Leppink Staren
_____
Devon Leppink Staren

EXHIBIT A to Staren Declaration (February 14, 2011)
SEC v. Ludlum, et. al., 10-cv-07379

| DATE | AMOUNT INVESTED | FROM ACCOUNT | TO ACCOUNT | TRANSFER VEHICLE | AMOUNT RETURNED |
|---|---|---|---|---|---|
| 6/16/2006 | 10,000 | Suntrust ****1957 | Wachovia ********9948 | Check | |
| 7/7/2006 | 8,000 | Smith Barney ******4635 | Wachovia ********9948 | Check | |
| 7/26/2006 | 2,000 | Wachovia ********3537 | Wachovia ********9948 | Check | |
| 7/31/2006 | | Wachovia ********9948 | | Check | 79.75 |
| 8/8/2006 | 2,000 | Wachovia ********3537 | Wachovia ********9948 | Check | |
| 8/21/2006 | | Wachovia ********9948 | | Check | 54.87 |
| 8/22/2006 | 38,000 | Wachovia ********3537 | Wachovia ********9948 | Check | |
| 8/27/2006 | | Wachovia ********9948 | | Check | 53.1 |
| 9/12/2006 | | Wachovia ********9948 | | Check | 267 |
| 9/18/2006 | 500 | Suntrust ****5929 | Wachovia ********9948 | Check | |
| 9/18/2006 | 7,500 | Suntrust ****7445 | Wachovia ********9948 | Check | |
| 10/5/2006 | 10,000 | Commerce Bank ******7641 | Wachovia ********9948 | Check | |
| 10/10/2006 | 15,000 | USAA ****1832 | Wachovia ********9948 | Check | |
| 10/23/2006 | 5,000 | Pershing *******57 | Pershing *******09 | Management Fee | |
| 10/31/2006 | 2,000 | Pershing *******57 | Pershing *******09 | Management Fee | |
| 10/31/2006 | 20,000 | Pershing *******99 | Pershing *******09 | Management Fee | |
| 11/1/2006 | | Wachovia ********9948 | | Check | 67.95 |
| 11/1/2006 | | Wachovia ********9948 | | Check | 65.76 |
| 11/1/2006 | | Wachovia ********9948 | | Check | 172.23 |
| 11/1/2006 | | Wachovia ********9948 | | Check | 26.67 |
| 11/28/2006 | 8,000 | Pershing *******99 | Pershing *******09 | Management Fee | |
| 11/30/2006 | | Wachovia ********9948 | | Check | 53.1 |
| 11/30/2006 | | Wachovia ********9948 | | Check | 99.9 |
| 11/30/2006 | | Wachovia ********9948 | | Automated Debit | 166.68 |
| 11/30/2006 | | Wachovia ********9948 | | Automated Debit | 133.5 |
| 1/12/2007 | 575 | Pershing *******57 | Pershing *******09 | Management Fee | |
| 1/31/2007 | 20,000 | Pershing *******82 | Pershing *******09 | Management Fee | |
| 2/5/2007 | 2,800 | Pershing *******31 | Pershing *******09 | Management Fee | |
| 2/6/2007 | 7,200 | Pershing *******31 | Pershing *******09 | Management Fee | |
| 2/28/2007 | 37,700 | Pershing *******88 | Pershing *******09 | Management Fee | |
| 3/1/2007 | 14,000 | Pershing *******66 | Pershing *******09 | Management Fee | |
| 3/1/2007 | 4,280 | Pershing *******65 | Pershing *******09 | Management Fee | |
| 3/9/2007 | 50,000 | Pershing *******64 | Pershing *******09 | Management Fee | |
| 3/18/2007 | | Wachovia ********9948 | | Check | 260 |
| 4/4/2007 | 5,000 | Pershing *******88 | Pershing *******09 | Management Fee | |
| 4/20/2007 | 40,000 | Bank of America | Wachovia ********9948 | Wire Transfer | |
| 5/4/2007 | 15,000 | Navy FCU | Wachovia ********9948 | Wire Transfer | |
| 5/15/2007 | | Wachovia ********9948 | | Automated Debit | 230.95 |
| 5/30/2007 | 10,000 | Pershing *******14 | Pershing *******09 | Management Fee | |
| 5/30/2007 | 1,000 | Pershing *******21 | Pershing *******09 | Management Fee | |
| 5/31/2007 | | Wachovia ********9948 | Sun Trust ******** | Wire Transfer | 2000 |
| 6/11/2007 | 50,000 | First Clearing LLC | Wachovia ********9651 | Wire Transfer | |
| 6/12/2007 | 37,176 | Commerce Bank | Wachovia ********9948 | Wire Transfer | |
| 7/11/2007 | | Wachovia ********9948 | Bank of America | Wire Transfer | 2000 |
| 7/13/2007 | | Wachovia ********9948 | Bank of America | Wire Transfer | 2000 |
| 7/18/2007 | 50,000 | Wells Fargo | Wachovia ********9651 | Wire Transfer | |
| 7/19/2007 | | Wachovia ********9948 | Bank of America | Wire Transfer | 6000 |
| 7/27/2007 | | Wachovia ********9948 | Pershing *******32 | Wire Transfer | 30,000 |
| 9/25/2007 | 4,700 | Pershing *******33 | Pershing *******09 | Management Fee | |
| 10/4/2007 | 1,600 | Pershing *******33 | Pershing *******09 | Management Fee | |
| 10/5/2007 | 3,400 | Pershing *******33 | Pershing *******09 | Management Fee | |
| 1/9/2008 | | Wachovia ********9948 | | Check | 700 |
| 1/10/2008 | 3,000 | Pershing *******32 | Pershing *******09 | Management Fee | |
| 1/16/2008 | 2,000 | Pershing *******32 | Pershing *******09 | Management Fee | |
| 2/7/2008 | 5,000 | JPMorgan Chase | Wachovia ********9948 | Wire Transfer | |
| 2/15/2008 | 500 | Pershing *******32 | Pershing *******09 | Management Fee | |
| 2/19/2008 | 4,500 | Pershing *******32 | Pershing *******09 | Management Fee | |

EXHIBIT A to Staren Declaration (February 14, 2011)
SEC v. Ludlum, et. al., 10-cv-07379

| | | | | | |
|---|---|---|---|---|---|
| 3/3/2008 | 10,000 | Pershing *******14 | Pershing *******09 | Management Fee | |
| 3/18/2008 | 10,000 | Pershing *******99 | Pershing *******09 | Management Fee | |
| 3/20/2008 | | Wachovia *********8491 | | Check | 2000 |
| 3/20/2008 | 15,000 | Pershing *******16 | Pershing *******09 | Management Fee | |
| 3/20/2008 | 10,000 | Pershing *******08 | Pershing *******09 | Management Fee | |
| 3/20/2008 | | Wachovia *********9948 | Sun Trust Bank | Wire Transfer | 2000 |
| 3/20/2008 | 15,000 | Pershing *******99 | Pershing *******09 | Management Fee | |
| 3/21/2008 | | Wachovia *********9651 | Bank of America | Wire Transfer | 30,000 |
| 4/22/2008 | 2,000 | Pershing *******07 | Pershing *******09 | Management Fee | |
| 5/2/2008 | 10,000 | Pershing *******22 | Pershing *******09 | Management Fee | |
| 5/2/2008 | | Wachovia *********9948 | | Counter Withdrawal | 1000 |
| 5/8/2008 | 10,000 | Pershing *******22 | Pershing *******09 | Management Fee | |
| 5/8/2008 | 5,000 | Pershing *******15 | Pershing *******09 | Management Fee | |
| 6/18/2008 | 7,000 | Pershing *******49 | Pershing *******09 | Management Fee | |
| 6/18/2008 | 1,000 | Pershing *******82 | Pershing *******09 | Management Fee | |
| 7/1/2008 | 5,000 | Pershing *******33 | Pershing *******09 | Management Fee | |
| 7/9/2008 | 50,000 | Pershing *******99 | Pershing *******09 | Management Fee | |
| 7/14/2008 | | Wachovia *********8491 | | Check | 800 |
| 7/14/2008 | | Wachovia *********8491 | | Check | 800 |
| 7/14/2008 | | Wachovia *********8491 | | Check | 1200 |
| 8/1/2008 | | Wachovia *********7626 | | Check | 92.35 |
| 8/5/2008 | 15,000 | Pershing *******47 | Pershing *******09 | Management Fee | |
| 8/8/2008 | 10,000 | Pershing *******47 | Pershing *******09 | Management Fee | |
| 8/11/2008 | 5,000 | Pershing *******47 | Pershing *******09 | Management Fee | |
| 8/8/2008 | | Wachovia *********9948 | Sun Trust Bank | Wire Transfer | 800 |
| 9/3/2008 | 4,000 | Pershing *******99 | Pershing *******09 | Management Fee | |
| 9/9/2008 | 10,000 | Pershing *******15 | Pershing *******09 | Management Fee | |
| 9/26/2008 | 3,000 | Pershing *******99 | Pershing *******09 | Management Fee | |
| 10/1/2008 | 2,000 | Pershing *******15 | Pershing *******09 | Management Fee | |
| 10/1/2008 | 1,000 | Pershing *******07 | Pershing *******09 | Management Fee | |
| 10/17/2008 | 25,000 | Pershing *******31 | Pershing *******09 | Management Fee | |
| 10/20/2008 | | Wachovia *********7626 | Pershing *******47 | Wire Transfer | 20000 |
| 11/3/2008 | 1,000 | Pershing *******15 | Pershing *******09 | Management Fee | |
| 11/7/2008 | | Wachovia *********9948 | | Check | 168.63 |
| 11/7/2008 | 3,000 | Pershing *******99 | Pershing *******09 | Management Fee | |
| 11/25/2008 | 2,000 | Pershing *******33 | Pershing *******09 | Management Fee | |
| 11/25/2008 | 2,000 | Pershing *******99 | Pershing *******09 | Management Fee | |
| 12/2/2008 | 450 | Pershing *******15 | Pershing *******09 | Management Fee | |
| 12/2/2008 | 650 | Pershing *******07 | Pershing *******09 | Management Fee | |
| 12/8/2008 | 1,000.00 | Pershing *******56 | Pershing *******09 | Management Fee | |
| 12/15/2008 | 25,000 | Pershing *******16 | Pershing *******09 | Management Fee | |
| 1/9/2009 | 2,500 | Pershing *******99 | Pershing *******09 | Management Fee | |
| 1/16/2009 | 1,000 | Pershing *******07 | Pershing *******09 | Management Fee | |
| 1/20/2009 | 5,000 | Pershing *******15 | Pershing *******09 | Management Fee | |
| 2/18/2009 | 780 | Pershing *******15 | Pershing *******09 | Management Fee | |
| 2/25/2009 | 220 | Pershing *******15 | Pershing *******09 | Management Fee | |
| 3/2/2009 | 10,000 | Pershing *******14 | Pershing *******09 | Management Fee | |
| 3/5/2009 | 3,000 | Pershing *******82 | Pershing *******09 | Management Fee | |
| 3/16/2009 | | Wachovia *********7626 | Sun Trust Bank | Wire Transfer | 1000 |
| 3/16/2009 | 20,000 | Pershing *******99 | Pershing *******09 | Management Fee | |
| 3/16/2009 | | Wachovia *********7626 | Bank of America | Wire Transfer | 1000 |
| 3/19/2009 | | Wachovia *********7626 | | Check | 76 |
| 4/30/2009 | 10,000 | Pershing *******99 | Merrill ****7476 | Direct transfer of Treasury Bills | |
| 5/1/2009 | 10,000 | Pershing *******21 | Merrill ****7476 | Wire Transfer | |
| 5/26/2009 | 30,000 | Pershing *******47 | Merrill ****7476 | Electronic Check | |
| 6/11/2009 | | Wachovia *********7626 | | Check | 300 |
| 6/23/2009 | | Wachovia *********7626 | Bank of America | Wire Transfer | 2000 |
| 6/26/2009 | | Wachovia *********7626 | Commerce (TD) Bank | Wire Transfer | 800 |
| 9/15/2009 | | Citibank *****6526 | Sun Trust Bank | Wire Transfer | 5000 |

EXHIBIT A to Staren Declaration (February 14, 2011)
SEC v. Ludlum, et. al., 10-cv-07379

| 12/29/2009 | | Citibank *****6526 | Sun Trust Bank | Wire Transfer | 1000 |
|---|---|---|---|---|---|
| | | | | | |
| **TOTALS** | **850,031** | | | | **114,414** |

EXHIBIT B to Staren Declaration (February 14, 2011)



# U.S. Securities and Exchange Commission
# Division of Enforcement
# Prejudgment Interest Report

**SEC v. Ludlum, et. al., 10-cv-07379**

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $735,617.00 |
| 06/01/2009-06/30/2009 | 4% | 0.33% | $2,452.06 | $738,069.06 |
| 07/01/2009-09/30/2009 | 4% | 1% | $7,380.69 | $745,449.75 |
| 10/01/2009-12/31/2009 | 4% | 1% | $7,454.50 | $752,904.25 |
| 01/01/2010-03/31/2010 | 4% | 1% | $7,529.04 | $760,433.29 |
| 04/01/2010-06/30/2010 | 4% | 1% | $7,604.33 | $768,037.62 |
| 07/01/2010-09/30/2010 | 4% | 1% | $7,680.38 | $775,718.00 |
| 10/01/2010-12/31/2010 | 4% | 1% | $7,757.18 | $783,475.18 |
| 01/01/2011-01/31/2011 | 3% | 0.25% | $1,958.69 | $785,433.87 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| 06/01/2009-01/31/2011 | $49,816.87 | $785,433.87 |